UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY JOE LADD,

    Plaintiff,

  v.

SALAMANCA, et al.,

    Defendants.

Case No. 17-cv-02831-JD

**ORDER OF DISMISSAL**

  Plaintiff, a former detainee, has filed a civil rights action. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

  More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

  **IT IS SO ORDERED.**

Dated: November 14, 2017

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILLY JOE LADD,

    Plaintiff,

v.

SALAMANCA, et al.,

    Defendants.

Case No. 17-cv-02831-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 14, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Billy Joe Ladd ID: 633309
San Bruno County Jail
P.O. Box 67
San Bruno, CA 94066

Dated: November 14, 2017

                Susan Y. Soong
                Clerk, United States District Court

                By: *[signature]*
                LISA R. CLARK, Deputy Clerk to the
                Honorable JAMES DONATO